JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. DAVIDSON, <br><br> Plaintiff, <br><br> v. <br><br> GERTRUDE BARNHARDT, et al., <br><br> Defendants. | Case No. CV 11-7298 FMO (VBKx) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Plaintiff's Motion for Terminating Sanctions, **IT IS ADJUDGED** that:

1. Judgment shall be entered in favor of plaintiff Peter A. Davidson, Receiver for CanAm Capital Corporation and against defendants Taurus Financial Advisors, Ltd., an Alberta (Canada) corporation and Gertrude Barnhardt, a.k.a. Getie Barnhardt, jointly and severally, in the amount of $1,586,000.00 on plaintiff's first and second causes of action in his First Amended Complaint to avoid fraudulent transfers under Cal. Civ. Code §§ 3439.04(a)(1) and 3439.04(a)(2), plus prejudgment interest thereon at the statutory rate from September 2, 2011 to August 16, 2013, in the amount of $217,173.37, plus prejudgment interest at the rate of $304.16 per day from August 17, 2013, to the date that judgment is entered for a total prejudgment interest award of $250,935.13.  The total judgment on the first and second causes of action is $1,836,935.13.

2. Judgment shall be entered in favor of plaintiff Peter A. Davidson, Receiver for CanAm Capital Corporation and against defendant Gertrude Barnhardt, a.k.a. Getie Barnhardt, in the amount of $43,283 on plaintiff's sixth cause of action for conversion.

3. After entry, said judgment shall bear interest according to law.

Dated this 6th day of December, 2013.

/s/
Fernando M. Olguin
United States District Judge

2